**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**HONORABLE MARY S. SCRIVEN**

| | |
|---|---|
| CASE NO.  8:18-cr-537-T-35JSS | DATE:  January 12, 2021 |
| TITLE:  USA v. **Justin Ruth** | |
| TIME:  9:31 – 9:56 AM, 10:06 AM – 10:36 AM | |
| TOTAL:  55 MIN | |

| Courtroom Deputy: Cynthia Biron | |
|---|---|
| Court Reporter: David Walker-Collier | Probation: Kaleena Roy |
| Counsel for Government: | Charlie Dustin Connally, AUSA |
| Counsel for Defendant: | Wesley E. Trombley, CJA |

**CRIMINAL MINUTES**

The Court has confirmed that Defendant, after consulting with his attorney, consents to holding this hearing via Zoom videoconference, with all parties appearing as such.

Defendant sworn and adjudicated guilty as to Count One of the Superseding Indictment.

Witness: Agent Keary Hundt; sworn and testified

Imprisonment: **TIME SERVED.**

Supervised Release: **THREE (3) YEARS.**

Fine is waived.

Special Assessment: $100.00. This obligation is to be paid immediately.

Special conditions of supervised release:

- Defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive.  Further, Defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services.  During and upon the completion of this program, Defendant is directed to submit to random drug testing.

- The mandatory drug testing provisions shall apply pursuant to the Violent Crime Control Act.  Based on the probation officer's determination that additional drug urinalysis is necessary, the Court authorizes random drug testing not to exceed 104 tests per year.  Defendant shall refrain from any unlawful use of a controlled substance.  Further the defendant shall submit to one drug within 15 days of placement on supervision and at least 2 periodic drug tests thereafter as directed by the probation officer.

- Defendant may travel to undertake potential employment opportunity, should Probation determine the work opportunity is legitimate.

Underlying Indictment and Count Two of the Superseding Indictment are dismissed on motion by the U.S. Attorney.

Defendant advised of right to appeal and of right to counsel on appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 13 |
| Criminal History Category | IV |
| Imprisonment Range | 24 - 30 months |
| Supervised Release Range | 1 - 3 years |
| Restitution | N/A |
| Fine Range | $5,500 - $55,000 |
| Special Assessment | $100.00 |